SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
EBONY S. JERIDO,                                    :
                                                    :       Index No.:  801508/2021E
                        Plaintiff,                  :
                                                    :       **REQUEST FOR**
          - against -                               :    **SUPPLEMENTAL DEMAND**
                                                    :     **PURSUANT TO CPLR**
UBER TECHNOLOGIES INC.                              :          **§3017(c)**
                                                    :
                        Defendant(s).               :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
          Pursuant to CPLR 3017 (c), the defendant UBER TECHNOLOGIES INC., requests that

within fifteen (15) days of the date of this demand, the plaintiff EBONY S. JERIDO serve a

supplemental demand for relief setting forth the total damages to which she deems himself

entitled.

Dated:    White Plains, New York
          February 14, 2021
                                            Yours, etc.,

                              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                    By: _____
                                          John T. Imbornoni
                                          Attorneys for Defendant
                                          UBER TECHNOLOGIES INC.,
                                          1133 Westchester Avenue
                                          White Plains, New York 10604
                                          (914) 323-7000
                                          File No.:  15422.00951

TO:    TROLMAN, GLASER CORLEY & LICHTMAN, P.C.
       Attorneys for Plaintiff
       747 Third Avenue, 23rd Floor
       New York, NY 10017
       (212) 750-1200
       File No. 4002001

6758591v.1