SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
---------------------------------------------------------------------------X
EBONY S. JERIDO,

                      Plaintiff,                    Index No.: 801508/2021E

      -against-                                  **PLAINTIFF'S RESPONSE TO DEFENDANT'S SUPPLEMENTAL DEMAND PURSUANT TO CPLR SECTION 3017(c)**

UBER TECHNOLOGIES, INC.

                      Defendants,
---------------------------------------------------------------------------X

      Plaintiff EBONY S. JERIDO demands judgment against the defendant UBER TECHNOLOGIES, INC. in the amount of FIVE MILLION DOLLARS, in accordance with the law and damages sustained by her as will be determined upon the trial of this action, together with the costs and disbursements of this action.

Dated: New York, New York
         February 18, 2022

                                                        TROLMAN, GLASER CORLEY
                                                         & LICHTMAN, P.C.

                                                         *Jeffrey A. Lichtman*
                                     By: _____

                                     Attorneys for Plaintiff
                                     747 Third Avenue, 23rd Floor
                                     New York, NY 10017
                                     (212) 750-1200
                                     File No. 4002001