UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
EBONY S. JERIDO, :
: Civil Action No.:
          Plaintiff, :
:
- against - :
:
UBER TECHNOLOGIES, INC., :
:
          Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## RULE 7.1(a) STATEMENT

Defendant, Uber Technologies, Inc., by its counsel, Wilson Elser Moskowitz Edelman & Dicker LLP, furnishes the following list in compliance with Fed. R. Civ. P. 7.1:

Uber Technologies, Inc. is a publicly-held corporation. There is no parent corporation or other publicly-held corporation owning 10% or more of this party's stock.

Dated and signed this 17th day of March 2022.

          Yours, etc.,

          WILSON, ELSER, MOSKOWITZ,
          EDELMAN & DICKER LLP

By: _____
          Janine Mastellone, Esq.
          Attorneys for Defendant
          UBER TECHNOLOGIES INC.,
          150 East 42nd Street
          New York, New York 10017
          (212) 490-3000
          File No.:  15422.00951

TO:

    TROLMAN, GLASER CORLEY & LICHTMAN, P.C.
    Attorneys for Plaintiff
    747 Third Avenue, 23rd Floor
    New York, NY 10017
    (212) 750-1200