# EXHIBIT G

| | |
|---|---|
| **From:** | Jeffrey A. Lichtman |
| **To:** | Morgan Corley |
| **Subject:** | FW: Jerido |
| **Date:** | Tuesday, March 22, 2022 12:50:40 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | 4002001_Jerido_Ebony__STIP_Consolidating_Actions_2_9_2022_10_57_43_AM.docx |

fyi

**Jeffrey A. Lichtman**
**Past President,**
**New York State Trial Lawyers Association**
**TROLMAN GLASER CORLEY & LICHTMAN, P.C.**
**747 Third Avenue, 23rd Floor**
**New York, New York 10017**
**(212) 750-1200 – Phone**
**(212) 980-4011 - Fax**
**jlichtman@tgllaw.com - Email**



**From:** Jeffrey A. Lichtman
**Sent:** Wednesday, February 9, 2022 3:19 PM
**To:** Andrew Keats <akeats@bm3law.com>; john.imbornoni@wilsonelser.com
**Cc:** Natali Huertas <nhuertas@tgllaw.com>; Tina Wells <trussell@tgllaw.com>
**Subject:** Jerido

Gentlemen, as you know ,we expect Judge Perez to issue a CSO within the next few days concerning this matter. We were notified of a "conference" date for tomorrow. With that in mind, I have attached a stipulation to be so ordered in order to consolidate the actions brought by Ms. Jerido to dispense with motion practice.  If agreeable, let me know and I will sign your names, and submit to the court for signature and appropriate filing. If you need to discuss, please call me:917-848-3563. Thanks, Jeff.

**Jeffrey A. Lichtman**
**Past President,**
**New York State Trial Lawyers Association**
**TROLMAN GLASER CORLEY & LICHTMAN, P.C.**
**747 Third Avenue, 23rd Floor**
**New York, New York 10017**
**(212) 750-1200 – Phone**
**(212) 980-4011 - Fax**
**jlichtman@tgllaw.com - Email**



**From:** Natali Huertas
**Sent:** Wednesday, February 9, 2022 3:06 PM
**To:** Jeffrey A. Lichtman <jlichtman@tgllaw.com>
**Subject:** Jerido

Stip