# EXHIBIT H

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------------X
EBONY S. JERIDO

       Plaintiff(s),

  -against-

SHREE K. SYANGTAN AND VENTURE LEASING LLC

       Defendant(s).
------------------------------------------------------------------------X
EBONY S. JERIDO

       Plaintiff(s),
  -against-

 UBER TECHNOLOGIES, INC.
       Defendant(s).
------------------------------------------------------------------------X

**STIPULATION/ORDER TO CONSOLIDATE**

Action # 1

Index No.: 24667/2018

Action # 2

Index No.: 801508/2021

  IT IS HEREBY STIPULATED, AGREED AND ORDERED, that Action No. 1 and Action No. 2 be and are hereby consolidated for all purposes from this time forward; and

IT IS FURTHER STIPULATED, AGREED AND ORDERED, that the caption shall read as follows:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------------X
EBONY S. JERIDO

       Plaintiff(s),

  -against-

SHREE K. SYANGTAN AND VENTURE LEASING LLC
and UBER TECHNOLOGIES, INC.
       Defendant(s).
------------------------------------------------------------------------X

Index No. : 24667/2018

      IT IS FURTHER STIPULATED, AGREED AND ORDERED, that all papers and documents regarding this matter shall be e-filed under Index Number: 24667/2018.

      AND IT IS FURTHER ORDERED, that upon filing this order/stipulation the office of the Bronx County Clerk shall make the proper entry reflecting the new amended caption.

Dated:      NEW YORK, NY
            February 9, 2022

_____

Jeffrey A. Lichtman
Trolman Glaser Corley & Lichtman, P.C.
Attorney for Plaintiff(s)
Ebony S. Jerido
747 Third Avenue
23rd Floor
New York, NY 10017
(212)750-1200

_*Jayne Dampf*_
By: Jayne C. Dampf
Baker, McEvoy & Moskovits
Attorneys for Defendants
SHREE K. SYANGTAN AND
VENTURE LEASING LLC
1 Metrotech Center, 8th Floor
Brooklyn, NY 11201
(212) 857-8230

_____

By:
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for Defendant
UBER TECHNOLOGIES, INC.
1133 Westchester Avenue
White Plains, NY 10604
(914) 872 - 7427
File No.: 15422.0095

So Ordered:

_____

Hon. Bianka Perez J.C.S

2