Jeffrey A. Lichtman
David B. Corley
Joel A. Glaser

Dennis Bellovin †
Michael A. Madonna □
Tina M. Wells △

Ingrid H. Heide □
Morgan A. Corley

**Trolman Glaser Corley & Lichtman**
Attorneys at Law

Trolman Glaser Corley & Lichtman, P.C.
747 Third Avenue
New York, NY 10017

office 212.750.1200
fax 212.980.4011
web www.TGLLAW.com

David S. Trolman (Retired)
Jack Glaser (Retired)

□ Also Admitted in NJ
† Also Admitted in NJ and FL
■ Also Admitted in CT
△ Also Admitted in MA

Evan Goldberg (Of Counsel)
Christine Brennan (Of Counsel)
Roberta E. Ashkin (Of Counsel)

April 7, 2022

*VIA ECF & EMAIL:*
*Failla_NYSDChambers@nysd.uscourts.gov*
Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 618
New York, NY 10007

Re:   *Ebony S. Jerido v. Uber Technologies, Inc.*
      Case No.: 1:22-cv-012217

Dear Honorable Polk Failla:

Our office represents the plaintiff, Ebony S. Jerido ("Plaintiff") in the above-referenced matter. Pursuant to this Court's direction by telephone conversation earlier today, Plaintiff submits this letter to request a pre-motion conference to address the relief sought in Plaintiff's motion to remand this matter back to state court.

This is an action to recover damages sustained by Plaintiff in a motor vehicle accident. This matter was removed from the Supreme Court of New York, Bronx County by defendant, Uber Technologies, Inc. ("Uber") on March 21, 2022 after Plaintiff's counsel advised counsel for Uber that Plaintiff intended to consolidate this matter with another action, which would destroy diversity subject matter jurisdiction for this Court. Both actions arise out of the same motor vehicle accident that took place on January 2, 2018 on the roadway located at 160 East 153rd Street, Bronx, New York, involving a vehicle operated by Shree K Syangtan and owned by Venture Leasing LLC. The initial

1

action was commenced against Mr. Syangtan and Venture Leasing LLC.  The instant action was later commenced against Uber, where it is alleged that Mr. Synagtan was operating with the Uber ride sharing application at the time of the accident.  After the resolution of a motion to dismiss brought by Uber, Plaintiff notified counsel for Uber of Plaintiff's intention to consolidate the instant action with the action against Mr. Synagtan and Venture Leasing LLC and directed a stipulation to that effect to counsel for Uber.  Shortly thereafter, Uber filed a Notice of Removal with this Court.

Plaintiff respectfully requests that this action be remanded back to Supreme Court of New York, Bronx County so that Plaintiff can file a motion to consolidate this action with the action against Mr. Synagtan and Venture Leasing LLC as originally intended.  Both matters arise from the same occurrence, involve the same questions of law and should be litigated together to avoid multiple inconsistent and wasteful litigations.  *See Vanderzalm v. Sechrist Industries, Inc.*, 875 F.Supp.2d 179 (E.D.N.Y.2018); *Bull & Bear Group, Inc. v. Fuller*, 786 F.Supp. 388, 392 (S.D.N.Y. 1992).

Thank you for your consideration.  Please let me know if the Court would like any additional information.

Very truly yours,

TROLMAN GLASER CORLEY & LICHTMAN, P.C.

*Michael Madonna*

MICHAEL MADONNA