Jeffrey A. Lichtman
David B. Corley
Joel A. Glaser

Dennis Bellovin †
Michael A. Madonna ◻
Tina M. Wells ∆

Ingrid H. Heide ◻
Morgan A. Corley

**Trolman Glaser Corley & Lichtman, P.C.**
Attorneys at Law

747 Third Avenue
New York, NY 10017

office 212.750.1200
fax 212.980.4011
web www.TGLLAW.com

David S. Trolman (Retired)
Jack Glaser (Retired)

◻ Also Admitted in NJ
† Also Admitted in NJ and FL
■ Also Admitted in CT
∆ Also Admitted in MA

Evan Goldberg (Of Counsel)
Christine Brennan (Of Counsel)
Roberta E. Ashkin (Of Counsel)

April 15, 2022

*VIA ECF & EMAIL:*
*Failla_NYSDChambers@nysd.uscourts.gov*
Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 618
New York, NY 10007

           Re:    *Ebony S. Jerido v. Uber Technologies, Inc.*
                   Case No.: 1:22-cv-012217

Dear Honorable Failla:

      Our office represents the plaintiff, Ebony S. Jerido ("Plaintiff") in the above-referenced matter. Plaintiff joins in Defendant, Uber Technologies, Inc.'s request to convert the Initial Pre-Trial Conference scheduled for April 21, 2022 to a Pre-Motion Conference to address Plaintiff's pre-motion letter dated April 7, 2022.

      Thank you for your consideration. Please let me know if the Court would like any additional information.

                        Very truly yours,

                        TROLMAN GLASER CORLEY & LICHTMAN, P.C.

                        */s/ Michael Madonna*
                        MICHAEL MADONNA