AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Ebony S. Jerido | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-02217 |
| Uber Technologies, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Uber Technologies, Inc.

Date: May 23, 2022

/s/ Christopher Betke
*Attorney's signature*

Christopher Betke (CB8047)
*Printed name and bar number*

Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
*Address*

cbetke@coughlinbetke.com
*E-mail address*

(617) 988-8050
*Telephone number*

(617) 988-8005
*FAX number*