AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the

|  |  |  |
|---|---|---|
| Ebony S. Jerido | ) | |
| *Plaintiff* | ) | Case No.   1:22-cv-02217 |
| v. | ) | |
| Uber Technologies, Inc. | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Uber Technologies, Inc.                                                            .

Date:     May 23, 2022

/s/ Andrew Ferguson
*Attorney's signature*

Andrew Ferguson (AF5154)
*Printed name and bar number*

Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
*Address*

aferguson@coughlinbetke.com
*E-mail address*

(617) 988-8050
*Telephone number*

(617) 988-8005
*FAX number*