AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Ebony S. Jerido | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-02217-KPF |
| Uber Technologies, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Uber Technologies, Inc.

Date:  12/07/2022

*/s/ Ben Levites*
*Attorney's signature*

Benjamin Levites (5557046)
*Printed name and bar number*
Coughlin Betke LLP
1330 Avenue of the Americas Ste. 23A
New York, NY 10019

*Address*

blevites@coughlinbetke.com
*E-mail address*

(212) 653-0380
*Telephone number*

(617) 988-8005
*FAX number*